425 A.2d 843

Commonwealth v. Dixon, Appellant.

Submitted November 16, 1979. John H. Corbett, Jr., for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

425 A.2d 844

Commonwealth v. Felder, Appellant.

Argued September 12, 1979. Mary C. Mahon, Assistant Public Defender, for appellant; Lee M. Kaplan, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, VAN der VOORT and WIEAND, JJ.*

Judgments of sentence affirmed.

* Judge Donald E. Wieand is sitting by special designation.